Supreme Court, New York Special Term. Reported. N. Y. L. J.,
December 26, 1902.

PATRICK W. CULLINAN *v.* OTTO KUCH, et al.

*William E. Schenck,* for plaintiff.

*Nadal & Carrere,* for defendant.

*Page & Eckley,* for defendant Kuch.

KEENER, J.: The contention that the bond is void because of a non-compliance with the Liquor Tax Law is not well taken. (*Lyman v. Brucker,* 26 Misc. 594; 42 App. Div. 624.) The plaintiff is entitled to judgment on the verdict.

---

Supreme Court, New York Special Term. Reported. N. Y. L. J.,
December 30, 1902.

In the matter of the Petition of PATRICK W. CULLINAN to Revoke the Liquor Tax Certificate of MAX TRAGER.

*H. H. Kellogg,* for petitioner.

*Einstein, Townsend, Guiterman & Sheam,* for respondent.

LEVENTRITT, J.: While there are inconsistencies in the statements of the witness called to support the allegations of the petition, they are not so serious or substantial as to discredit his testimony. In the absence of contradiction, the proof calls for the cancellation and revocation of the license. The motion is granted with $20 costs and disbursements.